# INDEX TO APPENDIX
## ORPHANS' COURT AND REGISTER OF WILLS FORMS
## ADOPTED BY SUPREME COURT
## PURSUANT TO Pa. O.C. Rule 1.8

**Available as Fill-in Forms on Website
of Administrative Office of Pennsylvania Courts
http://www.pacourts.us/Forms/OrphansCourtForms.htm**

**Orphans' Court and Administration Forms**

A.  Audit and Administration Forms

    1.  Decedent's Estate: Petition for Adjudication /Statement of Proposed Distribution Pursuant to Pa. O.C. Rule 2.4 ............................................OC-01

    2.  Trust: Petition for Adjudication /Statement of Proposed Distribution Pursuant to Pa. O.C. Rule 2.4 ..................................................................OC-02

    3.  Guardianship of Incapacitated Person: Petition for Adjudication /Statement of Proposed Distribution Pursuant to Pa. O.C. Rule 2.4 ...........................OC-03

    4.  Guardianship of Minor: Petition for Adjudication /Statement of Proposed Distribution Pursuant to Pa. O.C. Rule 2.4 ............................................OC-04

    5.  Principal's Estate (Under Power of Attorney): Petition for Adjudication/Statement of Proposed Distribution Pursuant to Pa. O.C. Rule 2.4 ...........................................................................................OC-05

    6.  Notice of Charitable Gift (In Accordance with Pa. O.C. Rule 4.4) .........OC-06

    7.  Notice of Claim .................................................................OC-07

B.  Guardianship Forms

    1.  Important Notice - Citation with Notice (Pa. O.C. Rule 14.2) ................... G-01

    2.  Annual Report - Guardian of Estate ...................................................... G-02

    3.  Annual Report - Guardian of Person ...................................................... G-03

    4.  Guardian's Inventory .......................................................................... G-04

    5.  Guardianship of Incapacitated Person: Petition for Adjudication/Statement of

Proposed Distribution Pursuant to Pa. O.C. Rule 2.4 ……………...... OC-03*

6. Guardianship of Minor: Petition for Adjudication/Statement of Proposed Distribution Pursuant to Pa. O.C. Rule 2.4 ……………………………… OC-04**

C. Abortion Control Act Forms

1. Minor's Application for Judicial Authorization of an Abortion (Pa. O.C. Rule 16.10) ..................................................ACA-01

2. Confidential Unsworn Verification by a Minor (Pa. O.C. Rule 16.10) ...ACA-02

D. Register of Wills Forms

1. Estate Information Sheet ............................................................**[RW-01]\*\*\***
   **[(Not adopted by Supreme Court; form promulgated by Department of Revenue and maintained with Register of Wills forms for convenience)]**

2. Petition for Grant of Letters................................................... RW-02

3. Oath of Subscribing Witness(es)........................................... RW-03

4. Oath of Non-subscribing Witness(es) ................................... RW-04

5. Oath of Witness(es) to Will Executed by Mark……….....  .................... RW-05

6. Renunciation ....................................................................... RW-06

7. Notice of Estate Administration Pursuant to Pa. O.C. Rule 10.5 …....…RW-07

8. Certification of Notice under Pa. O.C. Rule 10.5.................................. RW-08

9. Inventory ........................................................................... RW-09

10. Pa. O.C. Rule 10.6 Status Report ...................................... RW-10

E. Model Forms of Account

1. National Fiduciary Accounting Standards Project –

---

* Form OC-3 is not reprinted here and is located under Audit and Administration Forms at No. 3.
** Form OC-4 is not reprinted here and is located under Audit and Administration Forms at No. 4.
**\*\*\* The Estate Information Sheet is not a form adopted by the Supreme Court. It is available on the Department of Revenue website (www.revenue.pa.gov), and is no longer maintained with the Register of Wills Forms.**
.

1983 Report of Fiduciary Accounting Standards Committee

2.  Model Estate Account

3.  Model Trust Account

4.  Model Charitable Remainder Unitrust Account

F.   Adoption Forms

1.  Notice of Orphans' Court Proceedings to be Filed With Clerk in Dependency Proceeding by Solicitor of County Agency (Pa. O.C. Rule 15.6(b))

   a.  Praecipe to Clerk in Dependency Proceeding of Filing of a Petition to Terminate Parental Rights, Confirm Consent, or Adopt

   b.  Praecipe to Clerk in Dependency Proceeding of Entry of Decision Disposing of Petition

   c.   Praecipe to Clerk in Dependency Proceeding of Filing of Notice of Appeal

   d.  Praecipe to Clerk in Dependency Proceeding of Entry of Decision Disposing of Appeal

2.  Foreign Adoption Forms

   a.  Form for Registration of Foreign Adoption Decree (Pa. O.C. Rule 15.8), including Instructions for Filing Petition, Petition to Register Foreign Adoption Decree, and Proposed Final Decree

   b.   Form Petition for Adoption of a Foreign Born Child (Pa. O.C. 15.9), including the Petition for Adoption of a Foreign Born Child, Report of the Intermediary, Verification of Translator, Preliminary Decree, and Final Decree